STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JOSEPH DeVITO ET AL., PLAINTIFFS IN ERROR.

Submitted February 13, 1948—Decided May 13, 1948.

For the plaintiffs in error, *Harold Simandl.*

For the defendant in error, *Duane E. Minard, Jr.* (*C. William Caruso,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 10.

*For reversal*—None.